

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00506-CR

**IN RE** Christopher T. **BRADY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice

On July 20, 2018, relator filed a "Writ for Violation on [sic] Defendant's Constitutional Amendment Rights." After considering the petition and because relator is represented by trial counsel, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 25, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 559662, styled *The State of Texas v. Christopher T. Brady*, pending in County Court 8, Bexar County, Texas, the Honorable Celeste Brown presiding.